STATE OF NEW JERSEY v. RONALD DURDEN.

April 26, 1988.

Petition for certification denied.

JOHN NILSEN AND ANITA NILSEN v. BOARD OF ADJUSTMENT OF THE BOROUGH OF PARK RIDGE.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID PASSARO.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL F. GARDNER.

April 26, 1988.

Petition for certification denied.